UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH ARMSTRONG and
GLORIA ARMSTRONG,

    Plaintiffs,

v.                                     Case No: 8:21-cv-2648-CEH-SPF

U.S. BANK, N.A., *et al.*,

    Defendant.
_____/

## **ORDER**

THIS MATTER comes before the Court on Defendant U.S. Bank, National Association's ("U.S. Bank") Unopposed Motion to Continue Trial (Doc. 49), filed on October 11, 2022. In the motion, U.S. Bank requests the Court continue the trial of this action pending a ruling on the cross motions for summary judgment. The Court, having considered the motion and being fully advised in the premises, will grant Defendant U.S. Bank, National Association's Unopposed Motion to Continue Trial.

In this action, Plaintiffs Kenneth and Gloria Armstrong sue Defendant U.S. Bank to quiet title to property they own in Sarasota. Defendant claims a lien on the property that is adverse to Plaintiffs. Doc. 1. The parties have filed cross motions for summary judgment (Docs. 31, 34) and submit that resolution of the pending motions will fully resolve the case. Doc. 49 at 2. The case is currently scheduled on the Court's December 2022 trial docket, with a pretrial conference on November 15, 2022. Accordingly, Defendants seek an order continuing the pretrial conference, removing

the case from the Court's trial docket, and exempting the parties from the pretrial requirements at this time. Plaintiffs do not oppose the requested continuance. Upon consideration, Defendant's motion will be granted. Accordingly, it is

**ORDERED**:

1. Defendant U.S. Bank, National Association's Unopposed Motion to Continue Trial (Doc. 49) is **GRANTED**.

2. The Final Pretrial Conference scheduled for November 15, 2022 and the Bench Trial scheduled for the December trial term commencing December 5, 2022, are cancelled, and all pretrial deadlines are stayed pending a ruling on the cross motions for summary judgment.

3. This action will be rescheduled for trial, if necessary, following a ruling on the pending motions for summary judgment.

**DONE AND ORDERED** in Tampa, Florida on October 13, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any