## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KENNETH ARMSTRONG, and
GLORIA ARMSTRONG

               Plaintiffs,                    **Case No. 8:21-cv-2648-CEH-SPF**

v.

U.S. BANK NATIONAL
ASSOCIATION,

           Defendant.

_____/

## JOINT NOTICE, MOTION TO REOPEN CASE AND LIFT STAY WITH INCORPORATED MEMORANDUM OF LAW

Plaintiffs KENNETH ARMSTRONG and GLORIA ARMSTRONG ("Plaintiffs") and defendant U.S. BANK NATIONAL ASSOCIATION ("Defendant") (collectively, the "Parties"), pursuant to that certain Order dated March 7, 2023 [Dkt. No. 52], provide notice of a related Ohio appellate court opinion, and jointly move this Honorable Court for the entry of an order reopening this action and lifting the stay herein. In support thereof, the Parties state as follows:

## MEMORANDUM OF LAW

The parties have filed cross-motions for summary judgment in this case [Dkt Nos. 31 & 34]. On March 7, 2023, this Court entered an order

administratively closing this case and staying same "until mandate issues in the appeal in *Kenneth Armstrong v. U.S. Bank National Association*, Appeal Case No. C-220384, in the First District Court of Appeals, Hamilton County, Ohio." *See* Dkt. No. 52, at p. 3.

On April 12, 2023, the First District Court of Appeals for Hamilton County, Ohio issued its opinion and mandate in that appellate action.[1]  As stated therein. "a copy of this Judgment with a copy of the Opinion attached constitutes the mandate."  Accordingly, cause now exists to administratively reopen this action and lift the stay to allow the proceedings to continue. *See, e.g., Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, (1996) (noting that abstention principles may require district court to temporarily stay case pending resolution of related proceedings).

**WHEREFORE**, Plaintiffs KENNETH ARMSTRONG and GLORIA ARMSTRONG and Defendant U.S. BANK NATIONAL ASSOCIATION jointly move this Honorable Court for the entry of an order (i) **ADMINISTRATIVELY REOPENING** the instant action; as well as (ii) **GRANTING** this Joint Motion and **LIFTING** the stay of these proceedings so the Parties' competing summary judgment motions may be ruled upon;

---

[1] A true and correct copy of the Ohio appellate court judgment entry and opinion are attached hereto as **Composite Exhibit 'A'.**

along with such other relief as deemed just and proper under the circumstances.

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01</u>

Pursuant to M.D. Fla. L.R. 3.01(g), undersigned counsel certify that this motion is joint in nature, and therefore, the relief sought herein is **UNOPPOSED**.

Dated this 21st day of April, 2023.

Respectfully submitted,

**LAW OFFICES OF JASON P. RAMOS, PLLC**
*Counsel for Plaintiffs*
*Kenneth & Gloria D. Armstrong*
306 North Rhodes Avenue, Suite 109
Sarasota, Florida 34237-4671
P: 941-876-5454

By:   */s/ Jason P. Ramos*
      **Jason P. Ramos, Esq.**
      Florida Bar No. 70388
      Jason@Jason.law

−   and −

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
*Counsel for Defendant U.S. Bank, N.A.*
100 S.E. 3rd Avenue, Ste. 2700
Fort Lauderdale, Florida 33394
P: 954-764-7060 | F: 954-761-8135

By:   */s/ Rebecca A. Rodriguez*
      **Rebecca A. Rodriguez, Esq.**
      Florida Bar No. 104805
      Rebecca.Rodriguez@nelsonmullins.com