UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH ARMSTRONG and
GLORIA ARMSTRONG,

    Plaintiffs,

v.                                                  Case No: 8:21-cv-2648-CEH-SPF

U.S. BANK NATIONAL
ASSOCIATION,

    Defendant.
_____/

# ORDER

This matter comes before the Court on the parties' Joint Motion to Re-Open Case (Doc. 53), filed on April 21, 2023. In the motion, the parties request that this case be re-opened now that mandate has issued in the appeal in *Kenneth Armstrong v. U.S. Bank National Association*, Appeal Case No. C-220384, in the Ohio First District Court of Appeal. The Court, having considered the motion and being fully advised in the premises, will grant the parties' Joint Motion to Re-Open Case.

## DISCUSSION

In this quiet title action, Plaintiffs seek a declaration that the mortgage held by Defendant U.S. Bank that encumbers the Plaintiffs' property located at 2012 Leon Avenue, Sarasota, Florida, is null and void. Doc. 1. Plaintiffs seek a judgment quieting title to the subject property in their favor and against Defendant and all persons claiming under Defendant. In support of their argument, Plaintiffs contend that U.S.

Bank has no right, title, lien, or interest in the subject property because the Hamilton County, Ohio Court of Common Pleas, entered final judgment ("the Ohio Judgment") in favor of Kenneth Armstrong, concluding as a matter of law that the Promissory Note that secured the mortgage on the property is unenforceable as a result of the expiration of the statute of limitations.

On July 15, 2022, the parties filed cross motions for summary judgment. Docs. 31, 34. On March 7, 2023, the Court issued an order staying this action and administratively closing the case pending the resolution of the appeal of the Ohio Judgment. On April 21, 2023, the parties filed a joint motion advising the Court that the appeal has been resolved and requesting the case be re-opened. Accordingly, it is hereby,

**ORDERED**:

1. The parties' Joint Motion to Re-Open Case (Doc. 53) is **GRANTED**. The stay of this action is lifted.

2. The Clerk is directed to re-open this case.

3. Plaintiffs and Defendant are directed to file supplemental briefs of no more than seven (7) pages each regarding the impact, if any, of the Ohio First District Court of Appeal's opinion in *Kenneth Armstrong v. U.S. Bank National Association*, Appeal Case No. C-220384, on the issues before this Court. Supplemental briefing shall be filed within twenty-one (21) days of the date of this Order.

4. If needed, the Court will schedule the parties' summary judgment motions (Docs. 31, 34) for oral argument in July 2023.

**DONE AND ORDERED** in Tampa, Florida on May 4, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any