UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**
Zoom Motion Hearing

Case Number: 8:21-cv-2648-CEH-SPF

| **KENNETH ARMSTRONG and GLORIA ARMSTRONG,** | **Plaintiffs' Counsel:** Jason P. Ramos |
|---|---|
| Plaintiffs, | |
| v. | |
| **U.S. BANK NATIONAL ASSOCIATION,** | **Defendant's Counsel:** Rebecca A. Rodriguez |
| Defendant. | |

| **Judge**: Charlene Edwards Honeywell | **Court Reporter**: Sharon A. Miller |
|---|---|
| **Deputy Clerk**: Charmaine A. Black | **Interpreter**: N/A |
| **Date**: July 19, 2023 | **Time**: 2:04 PM – 2:58 PM  **Total**: 54 Minutes |

Court in session and counsel identified for the record.

This matter is on today to discuss the cross motions for summary judgment. (Docs. 31 & 34)

The Court addressed counsel and heard arguments on *Plaintiffs' Motion for Summary Judgment* (Doc. 31) and *Defendant U.S. Bank, National Association's Motion for Summary Judgment with Incorporated Memorandum of Law* (Doc. 34).

*Plaintiffs' Motion for Summary Judgment* (Doc. 31) is taken under advisement for the reasons stated on the record.

*Defendant U.S. Bank, National Association's Motion for Summary Judgment with Incorporated Memorandum of Law* (Doc. 34) is taken under advisement for the reasons stated on the record.

- 2 -

The Court will issue a written Order.

Court adjourned.